**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Docs 2 and 3
1:10-CV-102 SJD

Sent To: James D. Sudberry 402-190
Street, Apt. No.; or PO Box No.: S.O.C.F.
City, State, ZIP+4: P.O. Box 45699 Lucasville OH 45699

7002 3150 0000 8389 4727

PS Form 3800, June 2002      See Reverse for Instructions